CIRCUIT MEDIATION OFFICE
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

September 19, 2025

Alex S. Gilmore, Esq.
Fisher, Patterson, Sayler & Smith, LLP
9393 West 110th Street, Suite 300
Overland Park, KS  66210

Barry R. Grissom, Esq.
Grissom Miller Law
1600 Genessee Street, Suite 460
Kansas City, MO  64102

Theodore J. Lickteig, Esq.
Law Office of Theodore J. Lickteig
12760 West 87th Street, Suite 112
Lenexa, KS  66215

RE:  No. 25-3139 – Dorlia Wilson v. Charlie Stoltenberg, et al.

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **November 5, 2025.**

Sincerely,

Kevin J. Kinnear

KJK:dm