**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 17, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

DORLIA WILSON, as next friend to minor child, W.B.,

    Plaintiff - Appellee,

v.

CHARLIE STOLTENBERG, in his individual capacity; PATRICE PEOPLES, in her individual capacity; HAROLD WINGERT, in his individual capacity; CHRIS CUNNINGHAM, in his individual capacity; JULIE DANDREO, in her individual capacity; MALYDIA PAYNE, in her individual capacity; GLENDY SPIGLE, in her individual capacity; SUSAN WARD, in her individual capacity; RYAN COBBS, in his individual capacity; APRIL JARBOE, in her individual capacity,

    Defendants - Appellants,

and

USD 290 OTTAWA,

    Defendant.

No. 25-3139
(D.C. No. 2:24-CV-02375-EFM-RES)
(D. Kan.)

_____

**JUDGMENT**
_____

Before **PHILLIPS**, **McHUGH**, and **ROSSMAN**, Circuit Judges.
_____

This case originated in the District of Kansas and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

Per Curiam